ARTHUR FALK, Appellant, *v.* JACOB L. HOFFMAN et al.,
Respondents.

*Rescission — action to rescind agreement to sell stock, to refrain from
certain business and for accounting.*

*Falk* v. *Hoffman,* 213 App. Div. 864, affirmed.

(Argued October 26, 1925; decided November 24, 1925.)

APPEAL, by permission, from a judgment of the Appel-
late Division of the Supreme Court in the first judicial
department, entered April 28, 1925, unanimously affirm-
ing a judgment in favor of defendants entered upon a
dismissal of the complaint by the court on trial at Special
Term. The action was to rescind an agreement whereby
plaintiff gave to defendants an option to purchase cer-
tain shares of stock and agreed not to engage in the
tobacco or cigarette business for a period of five years, to
rescind the sale and transfer of such shares and for an
accounting. (See *Falk* v. *Hoffman,* 233 N. Y. 199.)

*Louis Marshall* for appellant.

*Gerald B. Rosenheim* for Jacob L. Hoffman, respondent.

*I. M. Dittenhoefer* for Mortimer Fishel, as executor of
Albert Falk, deceased, respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-
LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

GENERAL BAKING COMPANY, Appellant, *v.* ABBOTT
BAKING CORPORATION, Respondent.

*Trade marks — unfair competition — action to restrain infringement of
trade mark and unfair competition.*

*General Baking Co.* v. *Abbott Baking Corp.,* 213 App. Div. 819,
affirmed.

(Argued October 26, 1925; decided November 24, 1925.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered April 15, 1925, affirming a judgment in favor of
defendant entered upon a dismissal of the complaint by
the court on trial at Special Term. The action was to